UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JAMES RIVER COAL COMPANY, | ) |
| et al., | ) |
| | ) |
|     Debtors. | ) |

_____

| | |
|---|---|
| XL SPECIALTY INSURANCE | ) |
| COMPANY and ONEBEACON | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|     Appellants, | ) |
| | ) |
|     v. | )   Case No. 3:06-0411 |
| | )   JUDGE ECHOLS |
| JAMES RIVER COAL COMPANY, | ) |
| *et al.* | ) |
| | ) |
|     Appellees. | ) |

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, the Memoranda and Orders of the Bankruptcy Court granting Plaintiffs/Appellees' Motion for Summary Judgment (Bankr. Docket Entry Nos. 1788, 1789) and denying Defendants/Appellants' Motion to Alter or Amend (Bankr. Docket Entry Nos. 2147, 2148) are hereby AFFIRMED. The requests for oral argument (see Docket Entry Nos. 8 & 12) are hereby DENIED.

This appeal is hereby DISMISSED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE